No. 05–696. CREED v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 05–699. MUSGRAVE v. WOLF. C. A. 2d Cir. Certiorari denied. 

No. 05–700. DAOU SYSTEMS, INC., ET AL. v. SPARLING ET AL. C. A. 9th Cir. Certiorari denied. 

No. 05–702. LENSCRAFTERS, INC., ET AL. v. ROBINSON, COMMISSIONER, TENNESSEE DEPARTMENT OF HEALTH, ET AL. C. A. 6th Cir. Certiorari denied. 

No. 05–704. RUSH, AS NATURAL MOTHER OF RUSH, A MINOR v. ILLINOIS CENTRAL RAILROAD CO., AKA CANADIAN NATIONAL-ILLINOIS CENTRAL RAILROAD, CN–IC. C. A. 6th Cir. Certiorari denied. 

No. 05–708. SATALICH v. CITY OF LOS ANGELES, CALIFORNIA. C. A. 9th Cir. Certiorari denied. 

No. 05–713. HARTCO ENGINEERING, INC. v. WANG'S INTERNATIONAL, INC., ET AL. C. A. Fed. Cir. Certiorari denied. 

No. 05–718. NORMAN v. BELLSOUTH INTELLECTUAL PROPERTY CORP. C. A. 11th Cir. Certiorari denied. 

No. 05–721. TURABO MEDICAL CENTER, INC., DBA HOSPITAL INTERAMERICANO DE MEDICINA AVANZADA v. MARCANO RIVERA ET AL. C. A. 1st Cir. Certiorari denied. 

No. 05–723. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS v. CASSETT. C. A. 9th Cir. Certiorari denied. 

No. 05–726. JAGODKA v. LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 05–727. EVERYTHING FOR LOVE, INC., ET AL. v. TENDER LOVING THINGS, INC. Ct. App. Cal., 1st App. Dist. Certiorari denied.